IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 DEC -5  A 9: 47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ANTHONY DELL HENDON, #159738 )
Full name and prison number )
of plaintiff(s) )
 )
v. Brian Mitchell, Psychologist, )
BOB RILEY, GOVERNOR; RICHARD ALLEN, Comm.; )
GWENDOLYN MOSELEY, WARDEN; PAUL WHALEY, )
Director of Classification, MS BROWN, Central Records; )
LATRICE GREENE, Director of Classification Easterling; )
Charlette Wilson, Classification specialist; SIDNEY )
WILLIAMS, CHAIRMAN; WILLIAM C. SEGREST, Director PAROLE Bor.)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. 2:06CV1079 WKW
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if state court, name the county) _____N/A_____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Easterling Corr. Fac. 200 Wallace Drive, Clio Alabama 36017_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Alabama State Capitol, Central Records of ALDOC., Alabama Parole Board Central Office_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                                                 ADDRESS

1. _Bob Riley, State Capitol, 600 Dexter Avenue, Room N-103, Montgomery, AL 36130_
   _Brian Mitchell, 200 Wallace Drive, Clio, AL 36017_
2. _Richard Allen, ALDOC, 64 N. Union Street, Montgomery, AL 36130_
   _Gwendolyn Mosley, 200 Wallace Drive, Clio, AL 36017_
3. _Latrice Greene 200 Wallace Drive, Clio, AL 36017_
   _Brian Mitchell 200 Wallace Drive, Clio AL 36017_
4. _Charlotte Wilson 200 Wallace Drive, Clio AL 36017_
   _Paul Whaley 1400 Lloyd Street, Montgomery AL 36130_
5. _MS Brown 1400 Lloyd Street Montgomery AL 36130_
   _Sidney Williams, Central Office, 301 S. Ripley Street, Montgomery AL 36130-2405_
6. _William C. Segrest, Central Office, 301 S. Ripley Street, Montgomery AL 36130-2405_

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _On or about April 2005 and November 16, 2006 Continuously_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Defendants herein acted in concert to make Plaintiff the victim of Overcrowded, lack of Security, Health Hazard situation and misappropreate use of Government funds for Pre-SAP, CrimeBill and Aftercare programs at Easterling Corr. Fac. for ALDOC in violation of Plaintiff Eighth and Fourteenth Amendment of the United States Const._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Defendants Riley, Allen, Moseley, Mitchell, Whaley, Brown, Green, Wilson force Plaintiff to take counter-productive programs of Pre-SAP-Crime Bill and Aftercare in order to recieve Government Funding eventhough this is a repeat of the same criteria in the same dorms 9 and 10 at Easterling Corr. Fac. which is overcrowded, rat and insect infested, with foul tasting greasy film drinking water. Bunks often are packed together so closely that sanitation and security is impossible to maintain. Defendants Continue to bring in more inmates from County Jails, and refuse to follow S.O.P. for ALDoc in order to hold Plaintiff to repeat Programs for Funds again.

GROUND TWO: Defendants Williams and Segrest acts in concert with other defendants Riley, et al, to deliberate indifference Plaintiff from other inmates granted Parole because of their elite status and funds.

SUPPORTING FACTS: Defendants Williams and Segrest grants Parole to other inmates who have concern family members with funds and lawyers to represent them at their Parole hearings plus under the table tips and contribution to parole Board members. Plaintiff contend that he was denied this same opportunity of equality because he had no family members, lawyer or funds to contribute to Parole Board members; was left in the system to relundry through these ALDoc counter productive Programs for more funds from the Government for Defendants herein to split.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seek Jury trial, injunctive relief for defendant to fix overcrowding, stop racketeering the Federal Government for funds by deceptive means under the disguise of treatment, to grant Plaintiff and other inmates parole, equally ending this deliberate indifference, and stop punitive treatment of Plaintiff. For Punitive treatment of Plaintiff in this overcrowding, lack of security Health Hazard situation Plaintiff seek Five (5) million dollars in Punitive damages and Attorney fees.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12/4/2006
            (Date)

_____
Signature of plaintiff(s)