IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 DEC -5 A 9:47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ANTHONY DELL HENDON, #159738, Plaintiff, | |
| V. | CIVIL ACTION NO. 2:06CV1079-WKW (To be supplied by Clerk of U.S. District Court) |
| BOB RILEY, et al., Defendants. | |

## MOTION TO PROCEED IN FORMA PAUPERIS AND TAKE JUDICIAL NOTICE

Comes now the Plaintiff Anthony Dell Hendon, by and through PROSE in the above Style Cause hereby move this U.S. District Court to grant Plaintiff motion to Proceed in Forma Pauperis AND Take Judicial Notice that the Defendants herein refuse to process Plaintiff Forma Pauperis form in order to deny Plaintiff access to this U.S. District Court and Shield the violations. Plaintiff request of this U.S. District Court for a declaratory order to be issued to the defendants to process Plaintiff Forma pauperis form, and that the Court stay the cost of this filing fee until defendants respond to this U.S. District Court requested order. Done this 4th day of December 2006.

Respectfully submitted,
Anthony Hendon

CC: Defendants.