| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br><br>Paul Whaley, Dir. of Classification<br>1400 Lloyd Street<br>Montgomery, AL 36130 | A. Signature<br>X Connie Harris  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12/7/06<br>ry address different from item 1? ☐ Yes<br>enter delivery address below: ☐ No<br>06cv1079<br>WKW<br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7005 1820 0002 3461 2878 ||
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 ||

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br>1. Ar<br>Ms. Brown<br>Central Records<br>1400 Lloyd Street<br>Montgomery, AL 36130 | A. Signature<br>X Connie Harris  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 12/7/06<br>different from item 1? ☐ Yes<br>very address below: ☐ No<br>06cv1079<br>WKW<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7005 1820 0002 3461 2755 ||
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 ||