**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

William Segrest
301 S. Ripley Street,
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cornell Long
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 12/8/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

06cv1079

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0002 3461 2816

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Sidney Williams, Central Office
301 S. Ripley Street,
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cornell Long
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 12/8/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

06cv1079

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0002 3461 2786

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540