**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brian Mitchell
Easterling Correctional Center
200 Wallace Drive
Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery: 12-07-06

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

06cv-1079
PO + rmf

Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 4830

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540