**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Richard Allen, ALDOC
64 N. Union Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: Kay P. Hope]  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 11 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 2809

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540