RECEIVED
2006 DEC 18 A 9:42
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern District

Anthony Hendon #159738
   Plaintiff

V.                                Case No. 2:06-CV-1079-WKW
                                  [WO]

Bob Riley, et al.
   Defendant

## Motion For Leave To Submit Plaintiff Interrogators Upon Defendant Pursuant To Rules 33, 34, 35, 36 And 37 Of The Federal Rules Of Civil Procedure

Comes Now The Plaintiff Anthony Hendon, by and through Proise in the above style Civil Action hereby moves this District Court on Motion For Leave to submit Plaintiff Interrogatories Upon Defendants pursuant to Rule 33, 34, 35, 36, AND 37 of the Federal Rules of Civil Procedure, And in support Plaintiff request the following:

1. Plaintiff request from defendant genuine copies of Plaintiff overcrowded, health hazzard, lack of security, number of inmates capacity and COI officials?

Answer:

(1)

2. Plantiff request sleep deprivated officials hours worked per week?

ANSWER:

3. Plantiff request from Defendant Riley and Allen as to why inmates at Easterling Maximum Security Prison for ALDOC is deliberately indifferenced from any other facility within the Alabama Department of corrections with punitive segregation dorms 5-10 with less than 10 hours per week of yard recreation time coupled with punitive segregated 6A Hot Dorm where many alleged infractions by DOC officers is fabricated bare-bone against inmates for punitive punishment lost of given privileges without due process and officers failing to follow Admin. Reg. #403 for ALDOC?

ANSWER:

4. Plantiff request from Defendant the training status of all Easterling and Central Review Board member classification qualification other than High school Diplomas, GED's, etc.?

ANSWER:

5. Plantiff request from Parole Board defendant Sidney Williams copies of his and other Board members Bank account statements Deposits?

ANSWER:

(2)

b. Plaintiff request from Defendant Allen and Blakely of Defendant Blakely Bond Status and qualification to handle U.S. Government mail of the inmates at Easterling Corr. Fac.?

ANSWER:

7. Plaintiff request genuine copies from Defendants of ALDOC Admin. Reg. #207, 208, 403 and Health Department inspection of Easterling Corr. Fac. with testing results of drinking water and plumbing?
ANSWER:

8. Plaintiff request from Defendant Sidney Williams a genuine copy of inmates at Easterling Corr. Fac. Parole results with defendants Moseley, Mitchell, Green, Hayes, Wilson and Barrow assesments from the fiscal year of 2004, 2005 and 2006 of said inmates and Plaintiff?

ANSWER:

Plaintiff make known to defendant that the requested information herein is very relevant in this Civil Action, and failure to answer in 30 days may result in a judgement of default against you pursuant to rule 37 Fed. R. Civ. Proc.
  Done this 11th day of December 2006.

Respectfully Submitted
[signature]

(3)

<u>Certificate Of Service</u>

I hereby Certify this 11th day of December 2006 that I have served a true and correct original copy of the same upon Defendants Attorney and the District Court Clerk Office by U.S. mail postage prepaid.

*Anthony Hendon*
Anthony Hendon, Plaintiff
200 Wallace Drive
Clio, AL. 36017

(4)