IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY HENDON #159738,
  Plaintiff

V.                                    CASE NO. 2:06-CV-1079-WKW
                                      [WO]

BOB RILEY, et. Al,
  Defendant

MOTION FOR IMMEDIATE ATTORNEY FEES TO BE
AWARDED TO PLAINTIFF PURSUANT TO ATTORNEY FEES
AWARDED ACT OF 1976, AS AMENDED 42 U.S.C.S § 1988 (b)

Comes now the Plaintiff Anthony Hendon, #159738 who is the prevailing party on undisputed claims of overcrowding, lack of security, Health Hazzard conditition by defendants reckless disregard for the violation of Plaintiff's 8th and 14th Amendment Rights of the United States Constitution. Plaintiff is entitled to immediate award of Attorney Fees being the prevailing party. And to qualify as a prevailing party, a plaintiff need not prevail on every claim or issue raised, but only on any significant issue in litigation. See Hensley v. Eckerhart, 461 U.S. 424, 433, 103 S. Ct. 1933, 1939, 76 LEd. 2d 40 (1983).

Wherefore, in light of all the above Plaintiff is entitled to be awarded Attorney Fees to be sent to his PMOD Account at Easterling Corr. Fac.

(1)

200 Wallace Drive, Clio, AL. 36017
Done This 11th day of December 2006.

*Anthony Hendon*, Plaintiff

VERIFICATION

I verify under penalty of perjury on this 11th day of December 2006 that the information contained herein is true and correct to the best of my knowledge and belief.

*Anthony Hendon*, Plaintiff

CERTIFICATE OF SERVICE

I hereby certify this 11th day of December 2006, that I have served a true and correct copy of the same upon defendant's attorney by U.S. mail postage prepaid.

*Anthony Hendon*, Plaintiff
Easterling Corr. Fac.
200 Wallace Drive
Clio, AL. 36017

(2)