IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY HENDON, #159738, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1079-WKW |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for immediate attorney fees filed by the plaintiff on December 18, 2006 (Court Doc. No. 14), and as the plaintiff is not represented by a licensed attorney admitted to practice before this court nor has there been a determination on the merits of this case rendering the plaintiff a prevailing party, it is

ORDERED that the motion for attorney fees be and is hereby DENIED.

Done this 21st day of December, 2006.

      /s/ Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE