IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY HENDON, #159738, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1079-WKW |
| | ) | |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to submit interrogatories filed by the plaintiff on December 18, 2006 (Court Doc. No. 13), and as the defendants have not yet filed their written report, it is

ORDERED that this motion be and is hereby DENIED. It is further

ORDERED that no discovery requests be filed in this case without leave of court. The Clerk is DIRECTED to not accept for filing any discovery request or documents addressed to matters of discovery submitted without permission of the court.

Done this 21st day of December, 2006.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE