IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY HENDON, #159738, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1079-WKW |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the parole defendant on January 12, 2007 (Court Doc. No. 19), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that this defendant be GRANTED an extension from January 16, 2007 to and including January 26, 2007 to file a special report and answer.

Done this 16th day of January, 2007.

　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE