IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY HENDON, #159738, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1079-WKW |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before July 23, 2007 defendants Williams and Segrest shall:

1. Show cause why they have failed to file an answer and written report in accordance with the directives of the orders entered in this case.

2. File an answer and written report in compliance with the orders of this court.

Done this 9th day of July, 2007.

　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE