IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY HENDON, #159738, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1079-WKW |
| | ) |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before August 2, 2007 defendants Williams and Segrest shall show cause why sanctions should not be imposed upon them for their failure to file a written report and answer in compliance with the orders of this court. The Clerk is hereby DIRECTED to provide a copy of this order and the order entered on July 9, 2007 (Court Doc. No. 22) to the aforementioned defendants and the General Counsel for the Alabama Board of Pardons and Paroles.

Done this 26th day of July, 2007.

　　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE