IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY HENDON,
    Plaintiff,

       Vs.                            Case #2:06-CV-1079-WKW

BOB RILEY, et al.,
    Defendants.

## RESPONSE OF
## SIDNEY WILLIAMS
### And
## WILLIAM SEGREST
## TO ORDER

    Comes now Sidney Williams, former Chairman of the Alabama Board of Pardons & Paroles, and shows unto the Court as follows:

1)    After seeking permission to file the special report in this cause beyond the originally scheduled time, counsel drafted the special report and answer.

2)    Somehow, these drafted documents were not completed until today. Counsel offers no excuses for this oversight. If counsel knew for certain how this occurred, an explanation would be offered.

3)    In the meantime, counsel has had some problems with his e-mail account, and has had to have the password re-set on more than one

occasion. This has contributed to the delay, but was not the initial cause.

4) Counsel apologizes to the Court. The delays were not intended to inconvenience or disrespect the Court.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL

s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar#:  ASB-4358-D63F
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Hugh.davis@paroles.alabama.gov

# CERTIFICATE OF SERVICE

I hereby certify that on 8-2-07, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

ANTONIO HENDON
AIS# 159738
200 WALLACE DRIVE
CLIO, AL 35017

Done this 2nd day of August, 2007.

Respectfully submitted,

s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar#: ASB-4358-D63F
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Hugh.davis@paroles.alabama.gov