IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY HENDON, #159738, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1079-WKW |
| ) | |
| ) | |
| BOB RILEY, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER**

Upon review of the special report filed by the parole defendants on August 2, 2007 (Court Doc. No. 24), and for good cause, it is

ORDERED that on or before August 12, 2007 the parole defendants shall file a supplement to their report, supported by affidavit(s), which addresses the plaintiff's claim that he was denied parole because of his poverty status.

Done this 3rd day of August, 2007.

          /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE