```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000635
Cashier ID: khaynes
Transaction Date: 10/04/2007
Payer Name: LOXLEY COMMUNITY WORK CENTER
------------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY DELL HENDON
 Case/Party: D-ALM-2-06-CV-001079-001
 Amount:      $150.62
------------------------------------------
CHECK
 Check/Money Order Num: 33488
 Amt Tendered:  $150.62
------------------------------------------
Total Due:      $150.62
Total Tendered: $150.62
Change Amt:     $0.00
```