```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001485
Cashier ID: brobinso
Transaction Date: 12/10/2007
Payer Name: LOXLEY COMMUNITY WORK CENTER
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY DELL HENDON
 Case/Party: D-ALM-2-06-CV-001079-001
 Amount:         $66.95
------------------------------------
CHECK
 Check/Money Order Num: 33932
 Amt Tendered:   $66.95
------------------------------------
Total Due:       $66.95
Total Tendered:  $66.95
Change Amt:      $0.00
```