IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY HENDON, #159738, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. **2:06-cv-1079-WKW** |
| | ) |
| BOB RILEY, et al, | ) |
| | ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *Bob Riley*, *Richard Allen, Gwendolyn Mosley, Brian Mitchell, Latrice Green, Paul Whaley, Tracey Brown,* and *Charlotte Wilson*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____   _____

_____   _____

_____   _____

_____   _____


12/12/2007                           /s/ Bettie J. Carmack
Date                                 Counsel Signature

**Bob Riley, Richard Allen, Gwendolyn Mosley, Brian Mitchell, Latrice Green, Paul Whaley, Tracey Brown, and Charlotte Wilson**
Counsel for (print names of all parties)

11 South Union Street Montgomery, AL 36130
Address, City, State Zip Code

334-353-5305
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, <u>Bettie J. Carmack</u>, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 12th day of December 2007, to:

**Anthony Hendon, #159738**
**Kilby Correctional Facility**
**P. O. Box 150**
**Mt. Meigs, AL 36507**

<u>12/12/2007</u>                              /s/Bettie J. Carmack
     Date                                          Signature