IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY HENDON, #159738, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1079 WKW |
| | ) | (WO) |
| BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 39), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that this action is DISMISSED without prejudice based upon the abandonment by Plaintiff of his claims and his failure to comply with the orders of the court.

An appropriate judgment will be entered.

DONE this 24th day of October, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE